■ MELISSA BAPST et al., Infants, by MICHAEL BAPST et al., Individually and as Parents and Natural Guardians, Respondents, v SOUTHTOWNS INSULATIONS, Appellant, et al., Defendants. (Appeal No. 1.) [636 NYS2d 680] —Appeal unanimously dismissed without costs *(see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Summary Judgment.) Present—Green, J. P., Pine, Wesley, Balio and Boehm, JJ.

dants. (Appeal No. 2.) [636 NYS2d 680] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied the motion of Southtowns Insulations (defendant) for summary judgment. Plaintiffs' release of the other alleged tortfeasors did not relieve defendant of liability for plaintiffs' injuries *(see,* General Obligations Law § 15-108 [a]; *Gonzales v Armac Indus.,* 81 NY2d 1, 5). The "equitable share of the damages" among defendant and the released tortfeasors is a factual determination to be made at trial (General Obligations Law § 15-108 [a]; *see, Heinsohn v Putnam Community Hosp.,* 65 AD2d 767). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Reargument.) Present—Green, J. P., Pine, Wesley, Balio and Boehm, JJ.